

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED-USDC-NDTX-DA
'23 OCT 17 PM 12:52
*AGL*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | |
| V. | Criminal No. |
| | |
| JOHN CASTILLO, JR. | |
| A.K.A. PINTO | **3-23CR0421-N** |

## INDICTMENT

The Grand Jury charges:

<u>Count One</u>
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or about February 2022, the exact date being unknown to the Grand Jury and continuing to September 28, 2023, in the Dallas Division of the Northern District of Texas and elsewhere, **JOHN CASTILLO, JR., A.K.A. PINTO**, the defendant herein, did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree together, with other persons known and unknown, to commit certain offenses against the United States, to-wit:  to possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

All in violation of 21 U.S.C. § 846.

Count Two
Possession with the intent to Distribute a Controlled Substance;
Aiding and Abetting
(21 U.S.C. §§ 841(a)(1), (b)(1)(B); 18 U.S.C. § 2)

On or about February 21, 2022, in the Dallas Division of the Northern District of

Texas, **JOHN CASTILLO, JR., A.K.A. PINTO**, the defendant, aided and abetted by

another, knowingly possessed with the intent to distribute 50 grams or more of a mixture

or substance containing a detectable amount of methamphetamine, its salts, isomers, or

salts of its isomers, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1), (b)(1)(B), 18 U.S.C. § 2 and *Pinkerton v.*

*United States*, 328 U.S. 640 (1946).

<u>Count Three</u>
Possessing a Firearm in Furtherance of a Drug Trafficking Crime;
Aiding and Abetting
(Violation of 18 U.S.C. § 924(c)(1)(A)(i), 18 U.S.C. § 2)

Beginning in or about February 2022, the exact date being unknown to the Grand

Jury and continuing to September 28, 2023, in the Dallas Division of the Northern

District of Texas and elsewhere, **JOHN CASTILLO, JR., A.K.A. PINTO**, the

defendant, aided and abetted by others, in furtherance of the commission of a drug

trafficking crime, namely, conspiracy to possess with the intent to distribute and to

distribute five hundred grams or more of a mixture or substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance, as alleged in Count

One of this indictment, did knowingly possesses a firearm, to-wit:  a Smith & Wesson,

MP Bodyguard 380, .380 caliber, bearing serial number KCM0689.

In violation of 18 U.S.C. § 924(c)(1)(A)(i) and 18 U.S.C. § 2, and *Pinkerton v.*

*United States*, 328 U.S. 640 (1946).

Forfeiture Notice
(21 U.S.C. § 853, 881(a) and 18 U.S.C. § 924(d))

Pursuant to 21 U.S.C. § 853(a), upon conviction of the Counts One and Two offense(s), the defendants, **JOHN CASTILLO, JR., A.K.A. PINTO**, shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the Counts One and Two offense(s), and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the Counts One and Two offense(s).

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction for the firearm count offense, defendant **JOHN CASTILLO, JR., A.K.A. PINTO**, shall forfeit to the United States any firearm and ammunition involved in or used in the willful commission of the offense, including but not limited to the following:

a.   a Smith & Wesson, MP Bodyguard 380, .380 caliber, bearing serial number KCM0689; and

b.   All ammunition and magazines seized.

Pursuant to 21 U.S.C. § 853(p), if any of the property described above, as a result of any act or omission of the defendant:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

Indictment Page 4

A TRUE BILL

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

JOHN KULL
Assistant United States Attorney
Texas State Bar No. 00791057
1100 Commerce St., Suite 300
Dallas, Texas  75242
John.Kull@usdoj.gov
214.659.8600

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JOHN CASTILLO, JR.
A.K.A. PINTO

## INDICTMENT

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Count 1)

21 U.S.C. §§ 841(a)(1), (b)(1)(B); 18 U.S.C. § 2
Possession with the Intent to Distribute a Controlled Substance;
Aiding and Abetting
(Count 2)

18 U.S.C. § 924(c)(1)(A)(i), 18 U.S.C. § 2
Possessing a Firearm in Furtherance of a Drug Trafficking Crime;
Aiding and Abetting
(Count 3)

21 U.S.C. § 853, 881(a) and 18 U.S.C. § 924(d)
Forfeiture Notice

3 Counts

A true bill rendered

DALLAS                                              FOREPERSON

Filed in open court this  17  day of October, 2023.

-------------------------------------------------------------------------

**Defendant in Federal Custody since 09/29/2023**

-------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:23-MJ-00860-BT